B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**District of Massachusetts**

IN RE:                                          Case No. **10-21100-HJB** _____

**Old Colony, LLC** _____    Chapter **11** _____
                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 2,571,684.82 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 21,006,134.94 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 53,663.73 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | $ 303,265.82 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 25 | $ 2,571,684.82 | $ 21,363,064.49 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Old Colony, LLC**                                                                    Case No. **10-21100-HJB**
_____                                    _____
Debtor(s)                                                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **The Inn At Jackson Hole** | **100%** | | **unknown** | **21,006,134.94** |
| | | | | |
| | | **TOTAL** | **0.00** | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Old Colony, LLC**                                                          Case No. **10-21100-HJB**
_____                                    _____
Debtor(s)                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **hotel bank for cashiers** | | 2,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **various accounts** | | 32,417.59 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **security deposit with vendor (Maintenance Master)** | | 4,000.00 |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Old Colony, LLC**

Debtor(s)

Case No. **10-21100-HJB**

(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | city and guest ledger | | 112,267.23 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | equipment and improvements (less depreciation) | | 2,421,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Old Colony, LLC**                                        Case No. **10-21100-HJB**
_____                         _____
             Debtor(s)                                                (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **2,571,684.82** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

B6C (Official Form 6C) (04/10)

IN RE **Old Colony, LLC**                                                                          Case No. **10-21100-HJB**
_____                    _____
                          Debtor(s)                                                                  (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:              ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE **Old Colony, LLC**                                                    Case No. **10-21100-HJB**
_____
Debtor(s)                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Steven Ross, Trustee**<br>**JH Lending Trust**<br>**376 Boylston Street**<br>**Boston, MA  02116** | X | | **mortgage claim against Inn At Jackson Hole**<br><br><br>VALUE $ **3,500,000.00** | | | | **3,500,000.00** | |
| ACCOUNT NO.<br><br>**Wells Fargo Bank, N.A.**<br>**420 Montgomery Street**<br>**San Francisco, CA  94104** | X | | **mortgage claim against Inn At Jackson Hole**<br><br><br>VALUE $ **17,506,134.94** | | | X | 17,506,134.94 | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |

| | | |
|---|---|---|
| **0** continuation sheets attached | Subtotal<br>(Total of this page) | $ **21,006,134.94** | $ |
| | Total<br>(Use only on last page) | $ **21,006,134.94** | $ |

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

**IN RE** Old Colony, LLC                                                    Case No. **10-21100-HJB**
_____                              _____
Debtor(s)                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE Old Colony, LLC                                                    Case No. **10-21100-HJB**
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Wyoming Department Of Revenue Herschler Building 122 W 14th Street Cheyenne, WY  82002-0110** | | | hotel sales tax<br><br>**August:    $30,466.38<br>Sept:      $21,028.23<br>Oct 1-20:  $ 2,169.12** | | | | **53,663.73** | **53,663.73** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**1**__ of __**1**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ | **53,663.73** | $ | **53,663.73** | $ |
|---|---|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | **53,663.73** | | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | $ | **53,663.73** | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Old Colony, LLC                                      Case No. **10-21100-HJB**
_____          _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **01518985 Alabama Motorists Association 2400 Acton Road Birmingham, AL 35243-2902** | | | | | | | **30.42** |
| ACCOUNT NO. **03539093 Arizona Automobile Association 3144 N 7th Ave Suite 200 Phoenix, AZ 85067-4189** | | | | | | | **52.74** |
| ACCOUNT NO. **03539804 AAA World Travel 19802 RH Johnson Blvd Sun City West, AZ 85375** | | | | | | | **50.13** |
| ACCOUNT NO. **05529090 Automobile Club Of Southern 1445    Calle Joaquin San Luis Obispo, CA 93405-7203** | | | | | | | **26.82** |

**14** continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | $ **160.11** |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Old Colony, LLC
_____
Debtor(s)                    (If known)

Case No. **10-21100-HJB**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  05535224 Automobile Club Of Southern  46-050 Washington Street  La Quinta, CA  92253 | | | | | | | 29.80 |
| ACCOUNT NO.  05549180-Auto Club/Southern CA  4973 Claremont Drive  San Diego, CA  92117-2738 | | | | | | | 10.71 |
| ACCOUNT NO.  05598331 - AAA Travel  499 North El Comino Real Ste A100  Encintas, CA  92024 | | | | | | | 30.42 |
| ACCOUNT NO.  05655296 - Montrose Travel  2349 Honolulu Avenue  Montrose, CA  91020 | | | | | | | 13.41 |
| ACCOUNT NO.  05701824 - Automobile Club Of Southern  25125 Madison Avenue  Murrietta, CA  92562 | | | | | | | 51.03 |
| ACCOUNT NO.  05733195 - AAA Travel Agency  5353 W Bell Road  Glendale, AZ  85308 | | | | | | | 15.21 |
| ACCOUNT NO.  05744314 Almost There Travel  506 West 2nd Street  Antioch, CA  94509 | | | | | | | 33.80 |

Sheet no. ___**1**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 184.38

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Old Colony, LLC**                                                              Case No. **10-21100-HJB**
_____                                    _____
              Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **06749584-Polk Majestic Travel Group** **3773 Cherry Creek North D** **Denver, CO  80209** | | | | | | | **56.70** |
| ACCOUNT NO. **06831565 AAA Travel Agency** **4100 East Arkansas Street** **Denver, CO  80222** | | | | | | | **15.21** |
| ACCOUNT NO. **07548155 AAA Allied Group Inc.** **1153 Tolland Turnpike** **Manchester, CT  06040** | | | | | | | **13.41** |
| ACCOUNT NO. **10663575 American Express Travel Relate** **C/O  Bank Of America** **8112 Woodland Center** **Tampa, FL  33614** | | | | | | | **44.70** |
| ACCOUNT NO. **10802945 - AAA Travel Agency** **3844 Bee Ridge Road** **Sarasota, FL  34233-1103** | | | | | | | **45.02** |
| ACCOUNT NO. **12494981 - AAA Travel** **2900 AAA Court** **Bettendorf, IA  52722** | | | | | | | **13.41** |
| ACCOUNT NO. **13527231 - Loyal Travel Agency** **9300 West Overland Road** **Boise, ID  83709** | | | | | | | **30.08** |

Sheet no. _____**2**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **218.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Old Colony, LLC

Debtor(s)

Case No. **10-21100-HJB**

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **14640216 - The Auto Club Group** **975 Meridian Lake Drive** **Aurora, IL  60504** | | | | | | | 26.82 |
| ACCOUNT NO. **18565901 Blue Grass Automobile Club** **155 N Martin Luther King** **The Weinman Building** **Lexington, KY  40507** | | | | | | | 45.63 |
| ACCOUNT NO. **21709833 - International Travel** **1010 Rockville Pike Suite 401** **Rockville, MD  20852** | | | | | | | 67.60 |
| ACCOUNT NO. **23548383 - Automobile Club Of Michigan** **27 East Long Lake Road** **Troy, MI  48098** | | | | | | | 30.42 |
| ACCOUNT NO. **23548405 AAA Travel Agency** **Attn: Travel Reservation** **1 Auto Club Drive** **Dearborn, MI  48126** | | | | | | | 26.82 |
| ACCOUNT NO. **31932025 AAA Mid Atlantic Travel Agency** **1205 US Route 22** **Phillipsburg, NJ  08865-4100** | | | | | | | 26.82 |
| ACCOUNT NO. **34522854 - AAA Vacations** **171 Beverly Lane** **Southern Pines, NC  28387** | | | | | | | 15.21 |

Sheet no. _____**3**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 239.32

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Old Colony, LLC
_____
Debtor(s)
(If known)

Case No. **10-21100-HJB**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **36500155 - The Ohio Automobile Club Inc** 1316 Mount Vernon Ave Marion, OH  43302-5627 | | | | | | | 15.21 |
| ACCOUNT NO. **36813560 - Prestige Travel** 9895 Montgomery Road Cincinnati, OH  45242 | | | | | | | 11.83 |
| ACCOUNT NO. **36945532 AAA Travel Agency** 9718 Colerain Avenue Cincinnati, OH  45251 | | | | | | | 50.15 |
| ACCOUNT NO. **36945576 - AAA Allied Group Inc** Organized Living Center 8176 Montgomery Road Cincinnati, OH  45236 | | | | | | | 57.24 |
| ACCOUNT NO. **36945591 AAA Travel Agency** 6558 Glenway Avenue Cincinnati, OH  45211 | | | | | | | 80.46 |
| ACCOUNT NO. **37529763 - Automobile Club Of Oklahoma** 3625 Northwest 39th Street Oklahoma City, OK  73112 | | | | | | | 15.21 |
| ACCOUNT NO. **37944546 - AAA Travel Agency** 2121 East 15th Street Tulsa, OK  74104-4613 | | | | | | | 91.26 |

Sheet no. ____**4**__ of ___**14**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **321.36**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Old Colony, LLC**                                           Case No. **10-21100-HJB**

                    Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **39510671 - World Travel Inc** <br> **1050 E. Philadelphia Ave** <br> **Gilbertsville, PA  19525-9517** | | | | | | | **16.90** |
| ACCOUNT NO. <br> **39539345 - AAA Travel Agency** <br> **920 Van Reed Road** <br> **Reading, PA  19610-1710** | | | | | | | **13.41** |
| ACCOUNT NO. <br> **39679242 - GTA Travel** <br> **1409 N Cedar Crest Blvd** <br> **Allentown, PA  18104** | | | | | | | **31.80** |
| ACCOUNT NO. <br> **39932115 - AAA Travel** <br> **5900 Baum Boulevard** <br> **Pittsburgh, PA  15206** | | | | | | | **52.83** |
| ACCOUNT NO. <br> **41521421 - AAA Southern New England Inc.** <br> **110 Royal Little Drive Suite 400** <br> **Providence, RI  02904** | | | | | | | **91.26** |
| ACCOUNT NO. <br> **42796036 - Carolina Motor Club** <br> **2 Tanner Road** <br> **Greenville, SC  29607** | | | | | | | **58.14** |
| ACCOUNT NO. <br> **44508015 - AAA Auto Club South Inc.** <br> **2153 Gallatin Rd N** <br> **Madison, TN  37115-2003** | | | | | | | **13.41** |

Sheet no. _____**5**_ of ___**14**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
                      (Total of this page)   $     **277.75**

                      Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Old Colony, LLC**                                              Case No. **10-21100-HJB**
_____
Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **44537284-Travelocity.Com L.P.** **11603 Crosswinds Way** **San Antonio, TX  78233** | | | | | | | 39.42 |
| ACCOUNT NO. **44688873 - Travelers Advantage** **400 Duke Drive** **Franklin, TN  37067** | | | | | | | 9.90 |
| ACCOUNT NO. **44713292-Caldwell Travel & Tours Inc** **5341 Virginia Way** **Brentwood, TN  37027** | | | | | | | 13.41 |
| ACCOUNT NO. **44778230 -AAA Auto South** **5138 Park Avenue** **Memphis, TN  38117** | | | | | | | 26.82 |
| ACCOUNT NO. **44819180 - RCI Travel Inc.** **801 Royal Parkway Suite 200** **Nashville, TN  37214-3746** | | | | | | | 57.24 |
| ACCOUNT NO. **46511846 - Christopherson Business** **5588 South Green Street** **Salt Lake City, UT  84123** | | | | | | | 15.21 |
| ACCOUNT NO. **46541412-Carlson Wagonlit Travel Inc.** **C/O Brigham- Young University** **PO Box 21128** **Provo, UT  84602-1128** | | | | | | | 13.90 |

Sheet no. _____**6** of ___**14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 175.90

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Old Colony, LLC**                                                    Case No. **10-21100-HJB**
_____                                          _____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **46845050 - American International Travel** **150 North Main Street Suite 200** **Bountiful, UT  84010-6134** | | | | | | | **13.41** |
| ACCOUNT NO. **47502210-Accent Travel America** **1270 Williston Rd** **South Burlington, VT  05403-5722** | | | | | | | **30.42** |
| ACCOUNT NO. **49691526 - Travel Leaders** **1924 Arlington Blvd Suite 107** **Charlottesville, VA  22903** | | | | | | | **13.41** |
| ACCOUNT NO. **50458940 - World Choice Travel Inc** **11300 US Highway 1 Suite 300** **North Palm Beach, FL  33408** | | | | | | | **93.96** |
| ACCOUNT NO. **52529820 - The Auto Club Group** **1125 Main St.** **Onalaska, WI  54650** | | | | | | | **48.33** |
| ACCOUNT NO. **60609673 - American Express Travel** **300-605 5th Ave S.W.** **Calgary, AB  T2P 3H5** | | | | | | | **59.60** |
| ACCOUNT NO. **61541185 - 5 Stars Travel Ltd** **3147 Cambie Street** **Vancouver, BC  V5Z 4N2** | | | | | | | **29.80** |

Sheet no. _____**7**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **288.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Old Colony, LLC**                                          Case No. **10-21100-HJB**
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **A S Hospitality** <br> **3493 Lamar Avenue** <br> **Memphis, TN  38118** | | | | | | | **267.03** |
| ACCOUNT NO. <br> **Blue Spruce Cleaners** <br> **870 S. Highway 89** <br> **PO Box 1046** <br> **Jackson, WY  83001** | | | **Assignee or other notification for:** <br> **A S Hospitality** | | | | |
| ACCOUNT NO. <br> **Advantage Fire & Safety** <br> **PO Box 4476** <br> **Jackson, WY  83001** | | | | | | | **84.00** |
| ACCOUNT NO. <br> **Blue Spruce Cleaners** <br> **870 S. Highway 89** <br> **PO Box 1046** <br> **Jackson, WY  83001** | | | | | | | **122.33** |
| ACCOUNT NO. <br> **BOOKING - Booking.Com B.V.** <br> **LBX 5295 5295 Paysphere Cr** <br> **Chicago, IL  60674** | | | | | | | **706.66** |
| ACCOUNT NO. <br> **Bresnan Communications** <br> **1860 Monad Road** <br> **Billings, MT  59102** | | | | | | | **995.28** |
| ACCOUNT NO. <br> **Circumerro Publishing Group** <br> **PO Box 4980** <br> **Jackson, WY  83001** | | | | | | | **600.00** |

Sheet no. _____**8** of _____**14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        $ **2,775.30**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Old Colony, LLC**                                                Case No. **10-21100-HJB**
_____                                _____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Compunet** PO Box 3310 Jackson, WY 83001 | | | | | | | 288.70 |
| ACCOUNT NO. **Culligan Water Conditioning** PO Box 1153 Jackson, WY 83001 | | | | | | | 47.70 |
| ACCOUNT NO. **Ecolab Pest Elimination Division** PO Box 6007 Grand Forks, ND 58206-6007 | | | | | | | 295.00 |
| ACCOUNT NO. **Erik Grunigen** **RGO Partnership** 1340 Centre Street Newton Street, MA 02459 | | | | | | | 100,000.00 |
| ACCOUNT NO. **EZYield.com, Inc.** Wuite 101 125 Excelsior Parkway Winter Springs, FL 32708 | | | | | | | 70.30 |
| ACCOUNT NO. **Guest Supply** PO Box 910 Monmouth Junction, NJ 08852-0910 | | | | | | | 1,277.07 |
| ACCOUNT NO. **HD Supply Facilities** PO Box 509058 San Diego, CA 92150-9058 | | | | | | | 109.19 |

Sheet no. _____**9**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **102,087.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Old Colony, LLC**                                                 Case No. **10-21100-HJB**
_____                    _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **High Country Linen** <br> PO Box 1729 <br> Jackson, WY 83002 | | | | | | | 12,908.66 |
| ACCOUNT NO. <br> **ILD Telecommunications** <br> PO Box 538647 <br> Atlanta, GA 30353-8647 | | | | | | | 366.48 |
| ACCOUNT NO. <br> **In The Swim** <br> PO Box 347111 <br> Pittsburgh, PA 15251-7111 | | | | | | | 410.78 |
| ACCOUNT NO. <br> **Jackson Hole Airport Board** <br> PO Box 159 <br> Jackson, WY 83001 | | | | | | | 20.90 |
| ACCOUNT NO. <br> **Jackson Hole Chamber Of Commerce** <br> PO Box 550 <br> 114 Center Street <br> Jackson, WY 83001 | | | | | | | 342.72 |
| ACCOUNT NO. <br> **Jackson Hole Landscaping** <br> PO Box 40015 <br> Casper, WY 82604 | | | | | | | 400.00 |
| ACCOUNT NO. <br> **Lato Supply Corporation** <br> PO Box 14830 <br> 3828 W Whitton Ave <br> Phoenix, AZ 85063 | | | | | | | 468.80 |

Sheet no. ____**10**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **14,918.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Old Colony, LLC**
_____
Debtor(s)

Case No. **10-21100-HJB**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lodgenet Entertainment Corp.**<br>**PO Box 952141**<br>**St Louis, MO 63195-2141** | | | | | | | **685.98** |
| ACCOUNT NO.<br>**Lower Valley Energy**<br>**PO Box 188**<br>**Afton, WY 83110** | | | | | | | **11,134.42** |
| ACCOUNT NO.<br>**Maintenance Masters**<br>**515 E Carefree Highway #1034**<br>**Phoenix, AZ 85085** | | | | | | | **27,638.00** |
| ACCOUNT NO.<br>**Metwest Terra Hospitality**<br>**PO Box 253**<br>**Teton Village, WY 83025** | | | | | | | **35,581.10** |
| ACCOUNT NO.<br>**Moore Wallace North America Inc.**<br>**Dba RR Donnelly**<br>**PO Box 100098**<br>**Pasadena, CA 91189-0098** | | | | | | | **216.00** |
| ACCOUNT NO.<br>**Ripleys Vacuum Center, Inc.**<br>**34 Bluebird Way**<br>**Victor, ID 83455** | | | | | | | **109.08** |
| ACCOUNT NO.<br>**S&S Services, Inc**<br>**PO Box 7388**<br>**Jackson, WY 83002** | | | | | | | **3,156.83** |

Sheet no. ___**11**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **78,521.41**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Old Colony, LLC**                                                                Case No. **10-21100-HJB**
_____                                    _____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Sabre Hospitality Solutions 7285 Collection Center Drive Chicago, IL  60693** | | | | | | | 7,575.00 |
| ACCOUNT NO. **Safeguard Business Systems PO Box 88043 Chicago, IL  60680-1043** | | | | | | | 126.08 |
| ACCOUNT NO. **Shift4 Corporation 1491 Center Crossing Road Las Vegas, NV  89144** | | | | | | | 149.00 |
| ACCOUNT NO. **Ski.Com The Ski.Com Building AABC 210, Ste AA Aspen, CO  81611** | | | | | | | 1,206.67 |
| ACCOUNT NO. **Staples Advantage PO Box 71217 Chicago, IL  60694-1217** | | | | | | | 588.56 |
| ACCOUNT NO. **Sysco Intermountain Food Service PO Box 27638 Salt Lake City, UT  84127-0638** | | | | | | | 325.14 |
| ACCOUNT NO. **Terra Resort Group P.O. Box 417 Teton Village, WY  83025** | | | | | | | 0.00 |

Sheet no. _____**12**____ of ____**14**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,970.45**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Old Colony, LLC**                                                      Case No. **10-21100-HJB**
_____                                    _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Teton Village Water & Sewer** <br>**PO Box 586** <br>**Teton Village, WY  83025** | | | | | | | 6,519.78 |
| ACCOUNT NO. <br><br>**ThyssenKrupp Elevator** <br>**PO Box 933013** <br>**Atlanta, GA  31193-3013** | | | | | | | 66.70 |
| ACCOUNT NO. <br><br>**Travelclick** <br>**300 N. Martingale, Suite 500** <br>**Schaumberg, IL  60173,** | | | | | | | 8,659.17 |
| ACCOUNT NO. <br><br>**Ultrachem Inc** <br>**PO Box 3717** <br>**Shawnee Mission, KS  66203-3717** | | | | | | | 353.04 |
| ACCOUNT NO. <br><br>**UPS** <br>**PO Box 894820** <br>**Los Angeles, CA  90189-4820** | | | | | | | 15.47 |
| ACCOUNT NO. <br><br>**Vertical Media** <br>**PO Box 6412** <br>**Jackson, WY  83002** | | | | | | | 1,147.82 |
| ACCOUNT NO. <br><br>**Westbank Sanitation** <br>**PO Box 660177** <br>**Dallas, TX  75266-0177** | | | | | | | 1,189.10 |

Sheet no. _____**13**___ of ____**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **17,951.08**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Old Colony, LLC                                                      Case No. **10-21100-HJB**
_____                                 _____
Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**William Coccola**<br>**7777 East Joshua Tree Lane**<br>**Scottsdale, AZ 85250** | | | | | | | **75,000.00** |
| ACCOUNT NO.<br><br>**Ziplocal**<br>**PO Box 2277**<br>**Orem, UT 84059** | | | | | | | **175.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**14**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **75,175.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **303,265.82**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Old Colony, LLC**
_____
Debtor(s)

Case No. **10-21100-HJB**
_____
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Metwest Terra Hospitality, LLC**<br>**P.O. Box 253**<br>**Teton Village, WY  83025** | **hotel management agreement** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Old Colony, LLC**                                                   Case No. **10-21100-HJB**
                    Debtor(s)                                                        (If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Bullock**<br>**226 Commonwealth Avenue**<br>**Boston, MA  02116** | **Wells Fargo Bank, N.A.**<br>**420 Montgomery Street**<br>**San Francisco, CA  94104**<br><br>**Steven Ross, Trustee**<br>**JH Lending Trust**<br>**376 Boylston Street**<br>**Boston, MA  02116** |
| **Joseph Cuzzupoli**<br>**10 Old Colony Road**<br>**Weston, MA  02493** | **Wells Fargo Bank, N.A.**<br>**420 Montgomery Street**<br>**San Francisco, CA  94104**<br><br>**Steven Ross, Trustee**<br>**JH Lending Trust**<br>**376 Boylston Street**<br>**Boston, MA  02116** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Old Colony, LLC**                                                        Case No. **10-21100-HJB**
_____
            Debtor(s)                                                         (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____
                                                                                            Debtor

Date: _____        Signature: _____
                                                                          (Joint Debtor, if any)
                                                                 [If joint case, both spouses must sign.]

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

_____

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Old Colony, LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**26** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November  2, 2010** _____        Signature: ***/s/ Joseph Cuzzupoli*** _____

**Joseph Cuzzupoli** _____
                                                        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only