UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

In Re: Old Colony, LLC                              Case Number: 10-21100              Ch: 11

**MOVANT/APPLICANT/PARTIES:**
#7 Final hearing on the Debtor's Motion for Use of Cash Collateral

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advise ment: Brief(s) due_____From_____
                               Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

CONTINUED TO 11/15/10 AT 10:00 A.M. IN BOSTON BY VIDEO CONFERENCE.

CASH COLLATERAL AUTHORIZATION IS CONTINUED ON THE SAME TERMS AND CONDITIONS THROUGH 11/15/10.

IT IS SO NOTED:                                 IT IS SO ORDERED:

                                                _/s/ Henry Jack Boroff_____ Dated: 11/04/2010
_____
Courtroom Deputy