# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Old Colony, LLC      Case Number: 10-21100      Ch: 11

**MOVANT/APPLICANT/PARTIES:**

#7 Final hearing on the Debtor's Motion for Use of Cash Collateral

**OUTCOME:**

\_\_\_\_\_Granted \_\_\_\_\_Denied \_\_\_\_\_Approved \_\_\_\_\_Sustained
\_\_\_\_\_Denied \_\_\_\_\_Denied without prejudice \_\_\_\_\_Withdrawn in open court \_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____ For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____ Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advise ment: Brief(s) due_____ From_____
                           Response(s) due_____ From_____
\_\_\_\_\_Fees allowed in the amount of: $_____ Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

CONTINUED FOR EVIDENTIARY HEARING TO NOVEMBER 29, 2010 AT 2:00 P.M. IN SPRINGFIELD (AND NOVEMBER 30, 2010 AT 10:00 A.M., IF NECESSARY). IN THE INTERIM, CASH COLLATERAL AUTHORIZATION TO CONTINUE ON THE SAME TERMS AND CONDITIONS.

IT IS SO NOTED:                        IT IS SO ORDERED:

                                                                      *[signature: Henry Jack Boroff]*

_____ Dated: 11/15/2010
Courtroom Deputy