UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

In Re: Old Colony, LLC                    Case Number: 10-21100              Ch: 11

**MOVANT/APPLICANT/PARTIES:**
#7 Hearing on the Debtor's further Use of Cash Collateral

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advise ment: Brief(s) due_____From_____
                                Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

A HEARING ON THE FURTHER USE OF CASH COLLATERAL IS SET FOR 09/01/11 AT 2:00PM BY VIDEO CONFERENCE FROM BOSTON.

COUNSEL TO THE DEBTOR TO SUBMIT PROPOSED ORDER DETAILING THE AGREED UPON TERMS AND CONDITIONS OF CONTINUED USE OF CASH COLLATERAL.

IT IS SO NOTED:                              IT IS SO ORDERED:

_____              _____ Dated: 04/28/2011
Courtroom Deputy