UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

In Re: Old Colony, LLC                                  Case Number: 10-21100                    Ch: 11

**MOVANT/APPLICANT/PARTIES:**

#7 Hearing on the Debtor's further Use of Cash Collateral

**OUTCOME:**

\_\_\_\_\_Granted \_\_\_\_\_Denied \_\_\_\_\_Approved \_\_\_\_\_Sustained
\_\_\_\_\_Denied \_\_\_\_\_Denied without prejudice \_\_\_\_\_Withdrawn in open court \_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____ For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____ Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advise ment: Brief(s) due_____ From_____
                    Response(s) due_____ From_____
\_\_\_\_\_Fees allowed in the amount of: $_____ Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

HEARING HELD 09/01/11

PROPOSED ORDER TO BE SUBMITTED BY DEBTOR'S COUNSEL

IT IS SO NOTED:                                                    IT IS SO ORDERED:

_(signature)_

_____                      _____ Dated: 09/02/2011
Courtroom Deputy